UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEREDITH WALKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:18 CV 1699 RWS |
| ) | |
| CITY OF ST. ANN, ) | |
| ) | |
| Defendant, ) | |

## AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED that** the parties' joint motion to amend the case management order [26] is **GRANTED**. The case management deadlines are amended and extended as follows:

1) Plaintiffs shall disclose all expert witnesses (and treating health care professionals expected to testify) and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **March 2, 2020**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **April 3, 2020**.

2) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **May 4, 2020**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **June 1, 2020**.

3) The parties shall complete all discovery in this matter no later than **June 15, 2020**.

4) Any motions to limit or exclude expert testimony must be filed no later than **July 6, 2020**.  Opposition briefs shall be filed no later than **August 5, 2020** and any reply brief may be filed no later than **August 17, 2020**.

5) Any motion for class certification must be filed no later than **July 6, 2020**.  Opposition briefs shall be filed no later than **August 5, 2020** and any reply brief may be filed no later than **August 17, 2020**.  A hearing will be held on any motion for class certification on **October 22, 2020 at 9:30 a.m.**  **The parties shall notify the Court one week before the hearing of the anticipated length of the hearing.**

                                       *[signature]*
                                       RODNEY W. SIPPEL
                                       UNITED STATES DISTRICT JUDGE

Dated this 4th day of October, 2019.