UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEREDITH WALKER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:18-CV-1699 SEP |
| ) | |
| CITY OF ST. ANN, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

**FOURTEENTH AMENDED CASE MANAGEMENT ORDER**

On November 4, 2018, this matter was severed from *Thomas v. City of St. Ann, Missouri*, Case No. 4:16-cv-01302, and this case was opened. The original Case Management Order was entered on November 2, 2018, and the original discovery deadline was December 13, 2019. Doc. 8. In the thirty-three months since that original discovery deadline, the Court has issued twelve amended case management orders at the request of the parties. *See* Docs. 29, 36, 42, 47, 53, 59, 64, 69, 71, 84, 86, 90.[1] The parties now jointly move to amend the Case Management Order yet again. *See* Doc. 91. There is no evidence that the parties are acting in bad faith, and the parties have provided sufficient justification for each individual request. Therefore, the Court will grant this final request. But, in the interest of seeing this case to completion, **this is the last motion for amendment that the Court will entertain in this matter**. And during the additional time granted, the Court will require the parties to make another attempt at settling the case through alternative dispute resolution. Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion to amend the case management order (Doc. [91]) is **GRANTED**. The case management deadlines are amended and extended as follows:

   1) Each party is permitted to take a total of 20 depositions between *Walker et*

---

[1] Although the most recently issued Case Management Order, Doc. 90, is labelled "Twelfth Amended Case Management Order," it is actually the thirteenth.

1

*al. v. St. Ann*, 4:18-cv-01699 and *Thomas et al. v. St. Ann*, 4:16-cv-01302.

2) The parties shall complete all discovery in this matter no later than **September 30, 2022**.

3) The parties will be referred to alternative dispute resolution on **August 17, 2022**; that reference shall terminate on **November 1, 2022**.

4) Any motions to limit or exclude expert testimony shall be filed no later than **October 18, 2022**. Opposition briefs shall be filed no later than **November 22, 2022**, and any reply brief shall be filed no later than **December 7, 2022**.

5) Any motion for class certification shall be filed no later than **January 6, 2023**. Opposition briefs shall be filed no later than **March 6, 2023**, and any reply brief shall be filed no later than **March 21, 2023**. The parties shall confer regarding the need for a hearing on any motion for class certification and propose mutually agreeable dates for such a hearing to the Court by no later than **March 21, 2023**.

Dated this 17th day of August, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

2