UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINTON THOMAS, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF ST. ANN,<br><br>　　Defendant. | Case No. 4:16-cv-1302-SEP |
| MEREDITH WALKER, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF ST. ANN,<br><br>　　Defendant. | Case No. 4:18-cv-1699-SEP |

**SUPPLEMENT TO MOTION FOR PRELIMIARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs,[1] on behalf of themselves and all others similarly situated, and Defendant City of St. Ann ("St. Ann" or "Defendant") (collectively, the "Parties") hereby jointly provide this supplement to their Joint Motion for Preliminary Approval of Class Action Settlement filed on July 31, 2023, and attach an Amended Settlement Agreement dated August 31, 2023. Ex. 1.

---

[1] The named Plaintiffs and proposed Class Representatives are Quinton M. Thomas, Roelif Earl Carter, Bradley Jiles, Angela Davis, Meredith Walker, Brittany Ellis, Donya Pierce, Mawoussime Adoboe, Veronica Murphy, and Charles Riley.

1.	In the above-captioned cases, the Parties filed a Joint Motion for Preliminary Approval of Class Action Settlement, Memorandum in Support of Joint Motion for Preliminary Approval of Class Action Settlement, and Settlement Agreement on July 31, 2023.

2.	Shortly after filing the Joint Motion for Preliminary Approval of Class Action Settlement and related documents, the parties noticed a discrepancy between the Memorandum in Support of the Joint Motion for Preliminary Approval of Class Action Settlement and the Settlement Agreement.

3.	Paragraph 72 of the Settlement Agreement dated as of June 29, 2023 stated "[n]otice will be provided to the Classes by direct mailing of the Postcard Notice, along with a Claim Form and return envelope, to all potential Class Members at their last known or readily ascertainable address. The Postcard Notice shall inform Class Members how they may request a copy of the Long Form Notice."

4.	The Parties have amended paragraph 72 of the Amended Settlement Agreement to state, "Notice will be provided to the Classes by direct mailing of the Postcard Notice to all potential Class Members at their last known or readily ascertainable address. The Postcard Notice shall inform Class Members how they may submit a claim online and request a copy of the Long Form Notice."

5.	The Parties have agreed to this notice process because it reduces costs. The notice process described in the Amended Settlement Agreement is the same as the notice process used and approved by the court in other similar class action lawsuits, such as *Webb, et al. v. City of Maplewood*, 4:16-cv-1703; *Thomas, et al. v. City of Edmundson*, 4:18-cv-2071; and *Davis, et al. v. City of Normandy*, 4:18-cv-1514.

6.	All Parties executed the Amended Settlement Agreement.

7.  The Parties believe the Joint Motion for Preliminary Approval of Class Action Settlement is ready to be ruled on by the Court.

WHEREFORE, the Parties respectfully request that the Court enter an Order (1) preliminarily approving the proposed class action settlement; (2) certifying the Settlement Classes for settlement purposes only; (3) approving the Notice and dissemination of Notice to the Class Members; and (4) scheduling a Final Approval Hearing.

Dated:  August 31, 2023   Respectfully submitted,

By:  */s/ Jamitra Fulleord*
Blake A. Strode (MBE #68422MO)
John Waldron (MBE #70401MO)
Maureen Hanlon (MBE # 70990MO)
Jamitra Fulleord (MBE#73709MO)
ARCHCITY DEFENDERS, INC.
440 North 4th Street, Ste. 390
Saint Louis, MO 63102
855-724-2489 ext. 1021
314-925-1307 (fax)
bstrode@archcitydefenders.org
jwaldron@archcitydefenders.org
mhanlon@archcitydefenders.org

S. Zachary Fayne (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
415-471-3110
415-471-3400 (fax)
zachary.fayne@arnoldporter.com

*Attorneys for Plaintiffs*

*/s/ Jason S. Retter*
Jason S. Retter, #59683MO

        Blake D. Hill, #58926MO
        HELLMICH, HILL & RETTER, LLC
        1049 N. Clay Ave.
        Kirkwood, MO 63122
        Tel: (314) 646-1110
        jason@hellmichhillretter.com

*Attorneys for Defendant City of St. Ann*