UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINTON THOMAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ST. ANN,<br><br>    Defendant. | Case no. 4:16-cv-1302-SEP |
| MEREDITH WALKER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ST. ANN,<br><br>    Defendant. | Case No. 4:18-cv-1699-SEP |

**MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs,[1] on behalf of themselves and all others similarly situated, hereby move this Court for a final Order approving the terms of a proposed class action settlement. In support of this Motion, and as set forth in more detail in the accompanying Memorandum, Plaintiffs respectfully state as follows:

---

[1] The named Plaintiffs and proposed Class Representatives are Quinton M. Thomas, Roelif Earl Carter, Bradley Jiles, Angela Davis, Meredith Walker, Brittany Ellis, Donya Pierce, Mawoussime Adoboe, Veronica Murphy, and Charles Riley.

1.      The Court previously granted preliminary approval of the Parties' proposed class settlement on October 17, 2023, conditionally certifying two Settlement Classes for settlement purposes only under Rule 23 of the Federal Rules of Civil Procedure and preliminarily finding that the settlement is in all respects fundamentally fair, reasonable, adequate, and in the best interests of the Class Members.  Order, ECF No. 302.  The Parties now file this Motion asking the Court to grant final approval of the proposed settlement.

2.      In the above-captioned cases, Plaintiffs allege that St. Ann violated the U.S. Constitution in connection with its arrest and detention policies and procedures, including St. Ann's alleged practices of (i) detaining individuals for non-payment of a monetary sum without inquiry into their ability to pay (the *Thomas* case), and (2) detaining individuals in unconstitutional jail conditions (the *Walker* case).

3.      Defendant has denied and continues to deny Plaintiffs' claims and allegations in the above-captioned actions and Defendant denies any wrongdoing or liability of any kind to Plaintiffs or to any class member.

4.      On November 14, 2022, after more than six years of litigation, Plaintiffs and Defendant negotiated a class action Settlement which will resolve in full Plaintiffs' claims in the above-captioned cases.  The Settlement—which was negotiated before a neutral mediator—will provide meaningful compensation to the proposed classes and avoids the risks and delay of further litigation.  The Parties memorialized the Settlement in a Settlement Agreement dated June 10, 2023, which was amended on August 10, 2023.  A copy of the Amended Settlement Agreement is attached as **Exhibit 1**.

5.      For the reasons set forth herein and in the attached Memorandum, the proposed Amended Settlement Agreement between the Plaintiffs and the City of St. Ann is fair,

reasonable, and adequate.  The Settlement is the product of arm's length negotiations between Plaintiffs' counsel ("Class Counsel") and Defendant, City of St. Ann ("St. Ann").

6.  The Settlement provides Class Members with substantial and immediate monetary relief and St. Ann with certainty and finality, while avoiding the inherent risks, delays, and expenses associated with continued, protracted class action litigation.

7.  Defendant City of St. Ann is apprised of, and consents fully, to all parts of this Motion.

8.  Accordingly, Plaintiffs respectfully request that the Court grant final approval of the proposed Settlement.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order (1) approving the proposed class action settlement; (2) certifying the Settlement Classes for settlement purposes only; (3) approving Class Counsel's application for an award of attorneys' fees and costs and Service Awards for the Class Representatives; and (4) entering a Final Order consistent with these findings.

Dated:  February 29, 2024       Respectfully submitted,

By:  *Maureen Hanlon*
Blake A. Strode (MBE #68422MO)
Jamitra Fulleord (MBE#73709MO)
Maureen Hanlon (MBE # 70990MO)
ARCHCITY DEFENDERS, INC.
440 North 4th Street, Ste. 390
Saint Louis, MO 63102
855-724-2489 ext. 1021
314-925-1307 (fax)
bstrode@archcitydefenders.org
jfulleord@archcitydefenders.org
mhanlon@archcitydefenders.org

-4-

S. Zachary Fayne (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
415-471-3110
415-471-3400 (fax)
zachary.fayne@arnoldporter.com

*Attorneys for Plaintiffs*